# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cooper, Mary L | 2. Court or Organization<br><br>District of New Jersey | 3. Date of Report<br><br>8/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>402 East State Street<br><br>Trenton, New Jersey    08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 AUG -- A 1:__ FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2003 | State of New Jersey |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Mellon Bank | Loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L | 8/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PNC Bank of New Jersey - bank accounts | A | Interest | K | T | | | | | |
| 2. ▬▬ Trust. Primary asset is vacation home. | | None | M | W | | | | | |
| 3. ▬▬ Trust. Trustee: National City Bank of PA | B | Dividend | M | T | | | | | |
| 4. Pilgrim Worldwide Growth Fund (IRA) | | None | | | Sold | 3-6 | J | | |
| 5. Merrill Lynch CMA Account | B | Interest | M | T | | | | | |
| 6. Blackrock Index Equity Fund | | None | | | Sold | 3-6 | J | | |
| 7. Davis New York Venture Fund | | None | | | Sold | 3-6 | J | | |
| 8. EV Worldwide Health Fund | | None | | | Sold | 3-6 | K | | |
| 9. Eaton Vance Tax Management Fund | | None | | | Sold | 3-6 | J | | |
| 10. ML Global Allocation Fund (IRA) | A | Dividend | J | T | | | | | |
| 11. College Savings (Trustee) | | None | M | T | | | | | |
| 12. Alliance Balanced Shares Fund | A | Dividend | J | T | | | | | |
| 13. MFS Total Return Fund, Class B (IRA) | A | Dividend | K | T | See note | | | | |
| 14. MFS Total Return Fund, Class B (not IRA) | A | Dividend | J | T | See note | | | | |
| 15. Oppenheimer Ltd.-Term Fund (IRA) | A | Dividend | K | T | | | | | |
| 16. Putnam Fund for Growth & Income | A | Dividend | J | T | | | | | |
| 17. American Balanced Fund | | None | K | T | Buy | 12-12 | K | | |
| 18. Blackrock Intermediate Bond Portfolio | A | Dividend | J | T | Buy | 3-6 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L | 8/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Davis Appreciation & Income Fund | A | Dividend | J | T | Buy | 10-15 | J | | |
| 20. Davis Series Inc. Government Bond Fund | A | Dividend | | | Buy | 3-6 | J | | |
| 21. Davis Series Inc. Government Bond Fund | | See line 20 | | | Sold | 10-15 | J | | |
| 22. Eaton Vance Balanced Fund | A | Dividend | K | T | Buy | 10-15 | K | | |
| 23. Eaton Vance Government Obligations Fund | A | Dividend | | | Buy | 3-6 | K | | |
| 24. Eaton Vance Government Obligations Fund | | See line 23 | | | Sold | 10-15 | K | | |
| 25. ING Intermediate Bond Fund (IRA) | A | Dividend | J | T | Buy | 3-6 | J | | |
| 26. MFS Total Return Fund, Class C | A | Dividend | K | T | Buy | 12-12 | K | | |
| 27. ML Global Allocation Fund (not IRA) | A | Dividend | K | T | Buy | 12-12 | K | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII, line 3: ▮▮▮▮ trust: trustee is National City Bank of Pa. The separate assets are not described because of the type of trust. This trust (1) was not created directly by the reporting person, spouse, or any dependent child; and (2) the reporting person, spouse, and any dependent children have no knowledge of the holding or sources of income.

Part VII, line 11: College savings are held in a separate Section 529 Merrill Lynch account, transferred to the reporting person as trustee upon the death of a ▮▮▮▮▮ in 2001.

Part VII, lines 13 and 14: The asset reported here is MFS Total Return Fund, Class B. All existing shares were acquired in 2002, and reported at Part VII, line 22 of the 2002 report. I have split this asset into two lines in the current report, for convenience because part is held in an IRA and the rest is held in a non-IRA account. Also, the description has been enhanced to include the words "Class B," to distinguish this asset from a "Class C" asset with similar name, acquired in 2003 and shown in this report at Part VII, line 26.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

· I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _August 4, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544